**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00041-CR

**EDGAR JUVENTION BARRIENTOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80994-07**

## ORDER

The Court **REINSTATES** the appeal.

On April 22, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel requested preparation of the reporter's record; (4) Kim Tinsley is the court reporter who recorded the proceedings; (5) Ms. Tinsley's explanation for the delay in filing the record is her workload and complications in the conversion of a video exhibit; and (6) Ms. Tinsley can file the record within thirty days of the May 12, 2014 findings.

We **ORDER** Kim Tinsley, official court reporter of the 401st Judicial District Court, to file the complete reporter's record, including all exhibits, by **JUNE 13, 2014**. Because the

record is already more than three months overdue, no further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kim Tinsley, official court reporter, 401st Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE